UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FELICIA JOHNSON, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.   Case No.   3:19-cv-675-J-32JRK

FIORELLA INSURANCE
AGENCY, INC.,

    Defendant.

## O R D E R

Upon review of Joint Stipulation for Dismissal With Prejudice (Doc. 16), filed on October 2, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of October, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record